UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILROY E. JOHNSON, | No. 2:16-cv-0367 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| SUZANNE M. PERRY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 12. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 21, 2018, are adopted in full; and

2. Claims One, Two, Four and Five of the First Amended Complaint are dismissed

1

without prejudice for failure to state a cognizable claim; and

    3. Defendants Knedler, Davis, Morales, Flice, Walker, Krause, Fletcher, Cross, Sharpe, Pena and Martinez are dismissed without prejudice for lack of cognizable claims against them.

Dated: September 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE